IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA
215 DEAN A MCGEE AVE #147
405-609-5700
Copyright all rights reserved

**FILED**

FEB 08 2021

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

GLEN A. PONTIOUS
of
3304 N. IDYLWILD Dr.
Midwest city, ok. 73110
(405)243-6650
        **Plaintiff,**
vs.

**CIV-21-0088**

**PRW**

U.S. Federal Election Commision.
Co /**James E. Trainor III**
1050 First Street, NE
Washington DC 20463
**Defendant**

(2) U.S. Department of Justice
Co/ **William Barr**
950 Pennsylvania Ave NW,
Washington DC 20530
**Defendant**

(3) The United States House of Repersentitives
**Nancy Pelosi, Jerry Nadler, Adam Schiff**
**Maxine Waters**
**Defendant.**

Thursday, February 04, 2021

**COVER OF COMPLAINT.**
14 TOTAL PAGES
I Glen Pontious Contest and Dispute the 2020 Election
I Demand a Jury Trial to hear my Dispute

1. I am a pro se litigant, That has been OUTRAGED by the **House of representitives** Treatment of my
2. Repersentitive in Washington DC, "President **Donald J Trump**".
3. In my Pleadings, Testimony an Evidence That I Bring, It will all be factual,
4. And Shall Have Witnessess, and Shall be Sworn Testimony before United States Congress
5. With Public Video Tape of Congressional Questioning, and SWORN TESTIMONY.
6. I **Glen Pontious** Do Understand and am Mindful that the court is not required to imagine or assume
7. Facts. I have the Right to bring this case eventhough, I am not an Attorney
8. <u>Haines v. Kerner</u> **404 U.S. 519 (1972), requires Liberal Construction of pro se complaints,**
9. However, the court is not required to imagine or assume facts in order to permit a complaint to survive
10. Hall v. Bellmon, 935 F,2d 1106, 1109-10 (10th Cir. 1001).
11.
12. I Shall Prove **Joe Biden** was **not Eligible** to run for office, the **Federal Election Borad was Derelict**
13. **in their duties and Allowed / Ignored Information / Approved** the type of person to run for Office
14. of the Untied States of America, that had Just Been Impeached. **"Hypocricy" "Fraud"**
15. **Interfering an Obstruction of President Donald J Trump,**
16. who loss the 2020 election to someone who need's to be impeached due to Allegations against Trump
17. In his Impeachment, **Dereliction of duty by the Federal Election Comision.**
18

Page 1 of 2.

19. "I Shall Prove Joe Biden Was not Eligible to run for office, the Department of Justice, did interfer
20. In the 2020 Election, Via Dereliction of Duty, By not Preventing
21. Joe Biden From Runing For Office over of His **Conflict of Interest** they
22. **Allowed / Ignored Information / Approved** the type of person to run for Office of the
23. Untied States of America that had Just Been Impeached
24. **William Barr said he found nothing wrong with the 2020 election**,
25. When was the last time the people voted for what they impeached.
26. "Hypocricy" **Dereliction of Duty, Fraud. Mal-Administraition**.
27.
28. I Shall Prove **Joe Biden** Was **not Eligible** to run for office, the **HOUSE OF REPERSENTITIVES**
29. **Allowed / Ignored Information / Approved, & Nominated** the type of person to run for Office of
30. the President of the Untied States of America, who THEY had Just Impeached.
31. **"Hypocricy" Fraud" "Malicious Prosecution" TREASON**
32. with criminal intent to over throw the GOVERNMENT OF THE UNITED STATES
33. **A Coup d'etat of the United States of America by the House of Repersentitives**
34. **ABUSE OF POWER, TREASON AGAINST PRESIDENT DONALD J TRUMP**
35. **House of Repersentitives Maxine Walters Called for VIOLENCE ON REPUBLICAN CITIZEN'S**
36. (on video) I DONT WEAR A MAGA HAT cause of the Threat to my life
37. For the Entire Time President Trump Came Into office the News Media an Major Television Stations
38. Committed Alienation of Affection and spread their Dislike / hate For President Donald J Trump
39.
40. The Democratic House of Repersentitives,The Top 5 Television Networks have Bias Against
41. Donald J Trump ABC, CBS, NBC, FOX, CNN , are National News companies & there are many
42. more, But locally, It's all hate, dislike for Donald Trump,
43. Stories that make Mr. Trump Look bad, and Not Allow Mr Trump To Appear on Television Talk Show's
44. An always Putting Trump down,,
45. Our Local Stations should be unbias but they Follow their sister station's Que's and allow the bullying
46.
47. Analogy, A man was divorced from his wife, it was his weekend with the kids,
48. All weekend long the man put down his exwife, saying how no good she was.
49. and eventhough he lives in a van, the kids would be better off with him .
50. each weekend he'd tell the kid's their mom was bad.....
51. Finally the Kids Demanded to live with dad in his van down by the river
52. the Mother was perplexed because She had a Good job, nice house, food,
53. went to church on Sunday's
54. one day she arrived early to pick up the kids she heard her exhusband telling her kids lies
55. About her and how bad she was
56. THIS IS CALLEDS ALIENATION OF AFFECTION getting someone to hate the person you hate
57.
58. NETWORK TV WEAPONIZED ALIENATION OF AFFECTION AGAINST TRUMP
59. Network Television used it to Stop Donald J TRUMP
60. Walt Desney owns ABC Goodmorning America News, Owns TV networks and pay's other's to
61. Broadcast their prograhams and advertisments
62. Walt Desney Is a BIG MONEY BACKER OF BIDEN and the Democrats
63. Local TV Stations Have a Responsibility to be FAIR UNBIAS, they can Stop a Program
64. I live in Midwest City, Oklahoma All of our stations allowed the Continued Bashing Of President
65. Donald J. Trump never Removing The Bullies From the Air Waves
66. Not Saying anything or objecting to the content of the prograhams these TV stations Play
67. to it's Viewers that were bashing trump for 4 years of his presidency, Everyday
68. Although Unconstitutional Tweeter, Facebook Have Community Standards and will Suspend an
69. Account For The Reason's they deside on like Bullying, Bashing, Harrassment, and to stop Trump
70. which they did. ALLOWED/did'nt Block. Ignored Info /Prid quo pro Joe. APPROVED, NOMINATED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA
215 DEAN A MCGEE AVE #147
405-609-5700
Copyright all right's reserved

GLEN A. PONTIOUS
3304 N. IDYLWILD Dr.
Midwest city, ok. 73110
(405)243-6650
   **Plaintiff,**

vs.

(1) **U.S. Federal Election Commision..**
   **Co/ James E. Trainor III**
   1050 FIRST STREET, NE.
   Washington D.C. 20463
   Defendant

(2) **U.S. Department of Justice.**
   **Co / William Barr**
   950 Pennsylvania Ave
   Washington D.C 20530
   **Defendant**

(3) **U.S. HOUSE OF REPERSENTIVES**
   **Nancy Pelosi, Jerry Nadler, Adam Schiff.**
   **Maxine Waters**
   **Defendant's**

          Thursday, February 04, 2021

              **Opening Statement**

1. **In 2019 American's spent $48 Million dollars to Impeach President Donald J Trump,**
2. **The Democrats Chairman Jerry Nadler said**
3. **What Donald J Trump did, Was A threat to National security, and should be held accountable.**
4. **President Donald J Trump was found NOT GUILTY OF "ALL HIGH CRIMES AN MISDEMEANORS"**
5.
6. **UNDER 18 U.S s 287 FALSE OR FICTITIOUS OR FRAUDLENT CLAIMS**
7. **Who ever makes or Presents to any person or Officer in the Civil, Military, or Naval service of the**
8. **United States, Or to any Department or agency thereof, Knowing such claims to be**
9. **False, Fictitious or Fraudulent shall be imprisoned**
10. **Not more than 5 year's and be subject to the fine in the amount provided in this title**
11. **(june 25, 1948, ch. 645, 62 stat. 698 Pub. L. 99-562 s 7, Oct 27, 1986, 100 stat. 3169**
12.
13. The Trump inpeachment came about because of a call to Ukraine, where President Trump
14. wanted to know about Joe Bidens Corruption and ask Ukrain to Find out
15. Democrats Claimed it was a crime what Trump said on the phone to Ukraine,
16. Democrats said trump was witholding military aide, unless Ukraine did Trump a Favor,
17. And find out the corruption of joe Biden, democrats claim that was Quid pro quo an that was a
18. Threat to U.S. National security,
19. During the impeachment and in current Investigations during Trumps Impeachment
20. Video came out with Joe Biden during his vice Presidential term he was in Ukraine at the Council on
21. Foreign Relations meeting On Stage,

                                                                      PAGE 1. OF 2.

22. In front of a crowd of people in front of live cameras VICE-PRESIDENT JOE BIDEN DID SAY
23. HEY LOOK I'M LEAVING IN 6 HOURS IF THE DA IS NOT FIRED UKRAINE WONT
24. BE GETTING THE MONEY IT NEEDS FOR MILITARY AIDE,
25. AND LOW AND BEHOLD THE SON OF A BITCH GOT FIRED
26. This statement is on video,
27. Why has the Department of Justice, or the Federal Election Ethics Commision
28. Did Not move to block Joe Biden over his
29. Apperent HIGH CRIMES AND MISDEANORS'S, CONFLICT OF INTEREST ?
30. ARE WE AMERICANS GOING TO HAVE TO PAY ANOTHER $48,000,000 DOLLARS ON ANOTHER
31. IMPEACHMENT, WE KNEW A HEAD OF THE ELECTION THAT JOE BIDEN DID DO THE
32. EXACT SAME ALLIGATIONS TRUMP WAS IMPEACHED FOR
33. NOW THEY WHO IMPEACHED TRUMP FOR WHAT HE DID, THEY VOTE YES FOR PRESIDENT
34. THEY NOMINATED EXACTLY WHAT THEY IMPEACHED
35. PROVING THE CLAIM WAS FRAUDLENT.
36.
37. I Glen Pontious Contest the 2020 Election.
38.
39. ACCORDING TO THE IMPEACHMENT OF DONALD TRUMP
40. Democrats Accused him of
41. "HIGH CRIMES AND MISDEMEANORS.
42.
43. JOE BIDEN SHOULD NOT HAVE BEEN ABLE TO RUN FOR OFFICE
44. THE FEDERAL ELECTION COMMISION SHOULD HAVE RECONIZED THE CONFLICT OF
45. INTEREST, BUT THEY WERE DERELICT IN THEIR DUTIES.
46.
47. DEMOCRATS JUST IMPEACHED DONALD J. TRUMP
48. FOR WHAT JOE BIDEN DID ON VIDEO.
49. "HIGH CRIMES AND MISDEMEANORS"
50.
51. HE EITHER BLACK MIAILED A FOREIGN COUNTRY
52. OR BRIBED THEM.
53. AND I WILL PROVE IT
54. which is an IMPEACHABLE OFFENCE.
55.
56. TREASON IS HAPPENING
57. and the Department of Justice is Derelict in Arresting Anyone Connected with the corrupt democrat
58. congress
59. THE DEMOCRATIC CONGRESS FALSEY ACCUSED A UNITED STATES PRESIDENT
60. AND ABSOLUTLEY NOTHING HAPPENS IN RETURN
61. A COUP BY DEMOCRATS TO OVERTHROW A PRESIDENT OF THE UNITED STATES
62. AND NO REPERCUSSIONS
63. HOW CAN I PROVE DEMOCRATS FALSEY ACCUSED DONALD TRUMP
64, DEMOCRATS NOMINATED JOE BIDEN.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA
215 DEAN A MCGEE AVE #147
405-609-5700
Copyright all right's reserved

GLEN A. PONTIOUS
3304 N. IDYLWILD Dr.
Midwest city, ok. 73110
(405)243-6650
   Plaintiff,

vs.

(1) **U.S. Federal Election Commision.**
   **Co/James E Trainor III**
   1050 First Street, NE
   Washington DC  20463
   **Defendant.**

(2) **United States Department of Justice**
   **Co/ Willam Barr**
   950 Pennsylavnia Ave. NW
   Washington DC 20530
   **Defendant.**

(3)**Democratic House of Repersentitives**
   **Nancy Pelosi, Adam Schiff, Jerry Nadler**
   **Maxine Waters**
   **Defendant.**

Thursday, February 04, 2021

## COMPLAINT
## I Glen Pontious Contest / Dispute the 2020 Election

1. **JOE BIDEN WAS NOT ELIGIBLE TO RUN FOR PRESIDENT OF THE UNITED STATES** BECAUSE
2. THE AMERICAN GOVERNMENT HAD JUST IMPEACHED, PRESIDENT DONALD J TRUMP,
3. FOR THE EXACT SAME ALLEGATIONS, THE EXACT SAME PEOPLE, (UKRAINE)
4. QUID PRO QUO, ABUSE OF POWER, CONFLICT OF INTREST, DERELICTION OF DUTY
5. Democrats went after President Trump over these exact crimes, and same People,
6. saying it was a National Security Issue. I ACCUSE JOE BIDEN OF DOING THE SAME THING.
7. Currently U.S. Attorney General Willam Barr Says he's found no fraud or IRREGULARITIES .
8. In the 2020 election. I Challange that FINDING I CAN PROVE JOE BIDEN DID
9. COMMIT QUID PRO QUO, BLACKMAIL AND BRIBERY HIGH CRIMES AND MISDEMEANORS
10. **I say its irregular to allow someone who committed the same crimes on video and have**
11. **witnesses & Victims be able to run for President of America. Because of Trump's Impeachment**
12. It is not right to force the American people to pay for another 48 million dollar impeachment against a
13. candidate that has openly commited the SAME EXACT CRIMES DONALD J TRUMP
14. WAS IMPEACHED FOR. and the Same People.
15. Former Vice President, Joe Biden, under Obama term,  while attending the Council on Foreign
16. Relations meeting, told the Audience While he was on stage , in front of camras that
17. if Ukraine did not fire a states prosector,  then Ukraine would not get billion dollar Military aid
18. demanding something for something, quid pro quo, abuse of power get a attorney fired
19. on December 9th 2019 during impeachment of Donald Trump JOE BIDEN ISSUES CAME UP

20. Rep, Mr. Collins was questioning Mr. Daniel Golman and he confirmed that Joe biden
21. did commit quid pro quo on Ukraine   it's Incorrect to allow this TO HAPPEN
22.  IT'S a CONFLICT OF INTEREST AN HYPOCRITICAL AND BRIBEY GOES AGAINST THE LAW
23. AND THERE IS NO DENYING WHAT JOE DID
24. **MOTION TO SUBMIT TESTIMONY FROM THE IMPEACHMENT OF DONALD J. TRUMP.**
25. Sworn Testimony will show Joe Biden did in fact commit the same
26. EXACT ALLIGATIONS AS DONALD TRUMP WAS ACCUSED OF.
27. NOW JOE BIDEN CAN RUN FOR OFFICE OF THE PRESIDENT THE DEMOCRAT WHO JUST
28. IMPEACHED TRUMP FOR THE EXACT SAME THING, The Federal Election Commision
29. is supposed to be in charge of whose albe to run for Office
30. To see if the person does not have a conflict of interest well veted for National Security
31. Robert Mullar from the FBI Spent 48 million dollars on trumps impeachment SPIED ON TRUMP
32. SPENT 2.5 years INVESTIGATING TRUMP, GOT 2,800 subpinas 500 witnesses
33. Only to find Trump Not Guilty and Acquitted him of QUID PRO QUO TO UKRAINE
34. .NOW JOE BIDEN OPENLY GET'S TO BE PRESIDENT,  WHEN AMERICAN GOVERNMENT JUST
35. IMPEACHED DONALD J TRUMP
36. MY VOTES ARE WASTED ON WHO THE ELECTION COMMISION ALLOWS TO RUN FOR OFFICE
37. so WHAT if we spend another 48 million dollars on joe bldens Impeachment so thats
38. 2.5 years of FBI Investigations, how many trees for the books......
39.
40. The American Government  knew of joe's Quid pro quo, Democratic Party Nominated Joe for President
41. knowing full well of the hypocracy of their actions.impeach trump for what Biden did,
42. complain of Trump doing what Biden did, but Trump did not do what he was accused of
43. No one questions if Biden committed Quid Pro Quo to Ukrane OR NOT
44.
45. **MOTION : INJUCTION TO MAKE NULL AND VOID THE  2020 ELECTION.**
46. **MOTION:INJUNCTION TO REMOVE JOE BIDEN ADMINISTRATION FROM PRESIDENCY**
47. BECAUSE CONFLICT OF INTEREST PRIOR QUID PRO QUO AGAINST UKRAINE, THREAT
48. TO NATIONAL SECURITY WHILE BEING A VICE PRESIDENT
49. HE DID COMMIT HIGH CRIMES AN MISDEMEANORS USING THE SAME
50. EXACT LOGIC AN EVIDENCE AND TESTIMONY
51. **MOTION;** TO SUBMIT EYE WITNESS TESTIMONY FROM DONALD J TRUMP (U.S. PRESIDENT)
52. **MOTION** TO QUESTION JOE BIDEN UNDER OATH
53. OR RESPONSE TO QUISTIONS
54. **MOTION:** TO SUBMIT COUNCIL ON FOREIGN RELEATION VIDEO OF
55. VICE PRESIDENT JOE BIDEN COMMITTING QUID PRO QUO,
56. DEMANDING A STATES ATTORNEY TO BE FIRED OR AMERICA WOULD NOT GIVE UKRAINE A
57. BILLION LOAN
58. JOE BIDEN TOLD LEADERS,  THAT HE'S LEAVING IN 6 HOUR'S AND
59. IF THE D.A. WAS NOT FIRED,  THERE WOULD BE NO MONEY
60. THE DA WAS FIRED
61. THAT'S ABUSE OF POWER,  THAT'S QUID PRO QUO,  THAT'S CONFLICT OF INTEREST
62. THAT'S **DERELICTION OF DUTY FROM THE ELECTION COMMISION**
63. THEY WOULD PUT AMERICA,  RIGHT OFF THE BAT TO START AN IMPEACHMENT AGAINST
64. JOE BIDEN,    FLEECING AMERICA BY THE ELECTION COMMISION.
65. PROVING THE IMPEACHMENT  AGAINST TRUMP WAS FRIVILOUS.
66. SPENDING 50, 60 70 100 MILLION DOLLARS CHASING OUR TAILS
67. THE ELECTION COMMISION HAS A RESPONSIBILITY TO AMERICA ,
68. TO MAKE SURE THERE IS NO IRREGULARITIES OR FRAUD OR ENEMIES OF AMERICA
69. ARE ABLE TO RUN FOR OFFICE
70. THEY FAILED
71. They All failed there were NO CHECK'S AND BALANCES,  The American people just got screwed.
72. congress and all others involved charged American's for a
73. FRIVOLOUS IMPEACHMENT OF DONALD J TRUMP , JUST TO ALLOW A DEMOCRAT TO DO

75. COMES NOW THE CHARGE OF TREASON OF DONALD J TRUMP, PRESIDENT OF THE UNITED
76. STATES OF AMERICA.
77. DURING THE IMPEACHMENT OF DONALD J. TRUMP, DEMOCRATS REVEALED THEY HAD NO
79. EVIDENCE OF TRUMP COMMITTING ANY CRIMES AND WAS FOUND NOT GUILTY AND
80. ACQUITTED OF THE CHARGES, QUID PRO QUO, ABUSE OF POWER AND CONFLICT OF
81. INTEREST.
82. NOW THAT'S THEIR LEADER (JOE BIDEN) THIS WAS PROOF THAT THE IMPEACHMENT WAS A
83. SHAM, a coup d' etat
84. During the Impeachment of Donald J. Trump it was exposed that the FBI had been Spying on
85. Trump. and other's to the extent of stopping Donald J Trump as US President many of the FBI.
86. U.S. Rep, Eric Herschmann spoke and gave testimony in the impeachment
87. Joe Biden in 2015 went to Ukraine 15 times to help stop corruption
88. But Joe's Biden's son Hunter made Millions working for Burisma usiung the "BIDEN" name.
89. and had no experince at anythig
90. THE **STATE DEPARTMENT** ALSO DID NOTING,     This is Organized crime
91. HOW IN THE WORLD CAN I GET JUSTICE IF NO ONE IN THE GOVERNMENT CARES ABOUT IT
92. OUR GOVERNMENT FLIPPS AND FLOPS TO THEIR OWN INTEREST
93.
94. **THE DOJ, ATTORNEY GENERAL WILLIAM BARR ALSO DID.**
95. **NOTHING ABOUT THE CONFLICT OF INTEREST THAT IS HAPPENING**
96.  SAYING THERE WAS NO VOTER FRAUD,
97.  WHAT WAS FRAUD WAS THAT , JOE BIDEN WAS ELIGIBLE TO RUN FOR PRESIDENT WITH
98.  HIS CONFLICT OF INTEREST / FOR THE REASON'S OF THE IMPEACHMENT OF TRUMP
99.
100. **MOTION TO ENTER TRANSCRIPS OF THE ARTICALS OF IMPEACHMENT OF PRESIDENT**
101. **DONALD J TRUMP,  FROM BOTH DEMOCRAT'S AND REPUBLICAN'S**
102. **AS TESTIMONY.**
103. IF JUSTICE IS TO PREVAIL, JUSTICE WILL BE BLIND AND SERVE ALL
104. American People should not have to suffer another impeachment nor a hypocritcal government.
105. IT'S NOT FAIR TO ME THAT MY PRESIDENT WAS INTERFEARED WITH BY THE FRIVOLOUS
106. IMPEACHMENT
107. ONLY TO ALLOW SOMEONE GUILTY, PROUD, BOASTING ABOUT QUID PRO QUO
108. TO UKRAINE BYJOE.BIDEN.
109.
110. **I HAVE LOST TRUST IN LAW , JUSTICE WITH THIS DOUBLE STANDARD**
111. Big Attorney's Big Court's Loss sight of what's Right, everyone is wanting to count votes on the 2020
112. election and call fraud but when was the last time America impeached a president just too vote for that
113. kind of President, is that not irregular., Hire the type of criminal you impeached
114. the Democratic Party,  is the Party that impeached Trump, now they endorse what they impeached
115. and hire JOE BIDEN
116. **I Demand Joe Biden Be Denied Confromation of presidency because of the previous**
117. **impeachment of Donald J Trump, THIS IS THE PINNICLE OF THE DOUBLE STANDARD**
118. **MOTION TO SUBPOENA FOR WITNESS TESTIMONY**
119. **RUDOLPH GIULIANI .**
120. **Harold Watson "TREY " Gowdy**
121. **Donald Trump Jr.**
122. **Fox News reporter Tucker Carolson**
123. Their testimony is needed to CONFIRM THE FACTS and present the evidence they say they have
124. Subpoena My Facebook Account for Testimony, it's been fact checked it's true
125. Note: I have heard something about the **differnce between** Biden and Trump on
126. Impeachment issues,
127. That Biden was on official business of the united states, as to say Trump was not, except the many
128. ears of the gov, that were listening in on the Phone call those people were being paid
129.

130. my responce to that was on official business, that's why democrats impeached him,
131. abuse of power(official business). presidential business
130. **I DEMAND THE DEMOCRATIC NATIONAL COMMITTEE PAY BACK THE PEOPLE OF THE**
131. **UNITED STATES FOR THEIR HATE FILLED PHONEY IMPEACHMENT OF DONALD J. TRUMP.**
131. **48 million + dollars**
132. THEY JUST NOMINATED SOMEONE GUILTY, OR DID WHAT THEY IMPEACHED DONALD
133. TRUMP OF.
134. I AM SEEKING DAMAGES OVER 48 MILLION DOLLARS BE REPAID TO OUR GOVERNMENT
135. SEEKING THE REPAYMENT OF AGENICES INVOLVED IN THE INVESTIGATION FOR THE
136. IMPEACHMENT OF TRUMP
137. **MOTION TO MAKE THIS CASE A CLASS ACTION SUIT FOR ALL AMERICANS**
138. **Dereliiction of Duty by the Election commision** by not questioning Joe's Eligibilty with
139. many conflicts of interest with Investigatiions pending against the
139. Biden Famliy (China, Burisma, Russia)
140. **Dereliction of Duty by the DOJ saying no Irregularities. not questioning the conflict of interest.**
141. **Joe Biden did commit Foreign interference.**BRIBERY And ABUSE OF POWER,
142. By using his VIce Presidential Position to demand that
143. Ukraine Fire States Attorney or Ukraine would not get a Billion dollar loan
144. Blackmailing them for military aid over the firing of an Attorney. oh, HUNTER Biden works for Burisma
145. the democrats committed conflict of interest when they nominated Joe Bide
146. democrats just impeached Trump for the Exact same issue
147. this is a NATIONAL SECURITY THREAT,  JOE BIDEN  has ties to
148. China Spies, Hunter Biden used AIR FORCE 2 to go to China on Business trips tying Joe Biden
149. Busness / Gov through him being Vice President son WHO MAKES REPORTED $83K  monthly
150. According to the democrats, Donald J Trump Committed Quid pro quo on Ukraine and abuse
151. Power but there was NO EVIDENCE  and Trump was Acquitted
152. Now IS IT NOT WRONG to nominate someone who committed
153. HIGH CRIMES AMD MISDEMEANORS ACCORDINGLY JOE DID ON VIDEO
154. **NOW AS A US CITIZEN I HAVE TO SETTLE FOR THE TYPE OF PERSON DEMONCRATS**
155. **IMPEACHED. WHAT'S UP HERE.**
156. The Federal Election Commision did commit Fraud by Allowing Joe Biden to run for president
157. when Congress just impeached Trump for the things,   the FBI  knew about before the election
158. the election commision committed cronyism with Joe Biden, He's Been in Office for 48 years,
159. why put Joe Biden through VETING process.
160. The Federal Election commision did not do a through vetting of joe
161. The FEC ignored evidence of Joe Biden comitting bribery to Ukraine
162. demanding a DA be fired before Trump finds out about the Financial
163. dealings with the bidens an burisma
164. I Glen Pontious , Am A Witness to Crime's that were ignored by
165. The FBI, The Department of Justice, knowingly brought a FRAUDULENT CLAIM to
166. The Untied States Congress and Prosecuted an Innocent Man
167. As of the State of Well being In the United States today 1/29/2021
168. An INSURRECTION has happend, By American Patriot's Military, Citizen's Law Enforcement
169. Hundred's are under Arrest Facing Federal Prison Time Thousands Under Investigation By the FBI,
170. The VERY People That Swore to Stop Trump,
170. Maxine Waters Has Openly Admitted She want's Violence on me and other Republican's
171. who support Donald J Trump, where is the FBI, Department of Justice, Helping the Democrats
172. Will The Court Truly Allow Me to seek Justice or Obstruct a Citizen's Attempt to resolve an Issue
173. Without Violence, Many have made a Sacrifice for Justice, For the Check's and Balances

Signature _[signature: G. Pontious]_

Glen Pontious,     Date 2/8/2021          I Pray the Court allows the complaint to move forward

3304 N. IDYLWILD DR
MIDWEST CITY OK 73110

PAGE 4 OF 4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA
215 DEAN A MCGEE AVE #147
405-609-5700

Copyright all right's reserved

GLEN A. PONTIOUS
3304 N. IDYLWILD Dr.
Midwest city, ok. 73110
(405)243-6650
    **Plaintiff,**

vs.

(1) **U.S. Federal Election Commision..**
    **Co/ James E. Trainor III**
    1050 FIRST STREET, NE.
    Washington D.C. 20463
    Defendant

(2) **U.S. Department of Justice.**
    **Co / William Barr**
    950 Pennsylvania Ave
    Washington D.C 20530
    **Defendant**

(3) **U.S. HOUSE OF REPERSENTIVES**
    **Nancy Pelosi, Jerry Nadler, Adam Schiff.**
    **Maxine Waters**
    **Defendant's**

Thursday, February 04, 2021

## Opening Statement

1. **In 2019 American's spent $48 Million dollars to Impeach President Donald J Trump,**
2. The Democrats Chairman Jerry Nadler said
3. What Donald J Trump did, Was A threat to National security, and should be held accountable.
4. President Donald J Trump was found NOT GUILTY OF "ALL HIGH CRIMES AN MISDEMEANORS"
5.
6. **UNDER 18 U.S s 287 FALSE OR FICTITIOUS OR FRAUDLENT CLAIMS**
7. **Who ever makes or Presents to any person or Officer in the Civil, Military, or Naval service of the**
8. **United States, Or to any Department or agency thereof, Knowing such claims to be**
9. **False, Fictitious or Fraudulent shall be imprisoned**
10. **Not more than 5 year's and be subject to the fine in the amount provided in this title**
11. **(june 25, 1948, ch. 645, 62 stat. 698 Pub. L. 99-562 s 7, Oct 27, 1986, 100 stat. 3169**
12.
13. The Trump inpeachment came about because of a call to Ukraine, where President Trump
14. wanted to know about Joe Bidens Corruption and ask Ukrain to Find out
15. Democrats Claimed it was a crime what Trump said on the phone to Ukraine,
16. Democrats said trump was witholding military aide, unless Ukraine did Trump a Favor,
17. And find out the corruption of joe Biden, democrats claim that was Quid pro quo an that was a
18. Threat to U.S. National security,
19. During the impeachment and in current Investigations during Trumps Impeachment
20. Video came out with Joe Biden during his vice Presidential term he was in Ukraine at the Council on
21. Foreign Relations meeting On Stage,

PAGE 1. OF 2.

22. In front of a crowd of people, in front of live cameras VICE PRESIDENT JOE BIDEN DID SAY
23. HEY LOOK I'M LEAVING IN 6 HOURS IF THE DA IS NOT FIRED UKRAINE WONT
24. BE GETTING THE MONEY IT NEEDS FOR MILITARY AIDE,
25. AND LOW AND BEHOLD THE SON OF A BITCH GOT FIRED
26. This statement is on video,
27. **Why has the Department of Justice, or the Federal Election Ethics Commision**
28. **Did Not move to block Joe Biden over his**
29. **Apperent HIGH CRIMES AND MISDEANORS'S, CONFLICT OF INTEREST ?**
30. **ARE WE AMERICANS GOING TO HAVE TO PAY ANOTHER $48,000,000 DOLLARS ON ANOTHER**
31. **IMPEACHMENT, WE KNEW A HEAD OF THE ELECTION THAT JOE BIDEN DID DO THE**
32. **EXACT SAME ALLIGATIONS TRUMP WAS IMPEACHED FOR**
33. **NOW THEY WHO IMPEACHED TRUMP FOR WHAT HE DID, THEY VOTE YES FOR PRESIDENT**
34. **THEY NOMINATED EXACTLY WHAT THEY IMPEACHED**
35. **PROVING THE CLAIM WAS FRAUDLENT.**
36.
37. I Glen Pontious Contest the 2020 Election.
38.
39. ACCORDING TO THE IMPEACHMENT OF DONALD TRUMP
40. Democrats Accused him of
41. "HIGH CRIMES AND MISDEMEANORS.
42.
43. JOE BIDEN SHOULD NOT HAVE BEEN ABLE TO RUN FOR OFFICE
44. THE FEDERAL ELECTION COMMISION SHOULD HAVE RECONIZED THE CONFLICT OF
45. INTEREST, BUT THEY WERE DERELICT IN THEIR DUTIES.
46.
47. DEMOCRATS JUST IMPEACHED DONALD J. TRUMP
48. FOR WHAT JOE BIDEN DID ON VIDEO.
49. "HIGH CRIMES AND MISDEMEANORS"
50.
51. HE EITHER BLACK MIAILED A FOREIGN COUNTRY
52. OR BRIBED THEM.
53. AND I WILL PROVE IT
54. which is an IMPEACHABLE OFFENCE.
55.
56. TREASON IS HAPPENING
57. and the Department of Justice is Derelict in Arresting Anyone Connected with the corrupt democrat
58. congress
59. THE DEMOCRATIC CONGRESS FALSEY ACCUSED A UNITED STATES PRESIDENT
60. AND ABSOLUTLEY NOTHING HAPPENS IN RETURN
61. A COUP BY DEMOCRATS TO OVERTHROW A PRESIDENT OF THE UNITED STATES
62. AND NO REPERCUSSIONS
63. HOW CAN I PROVE DEMOCRATS FALSEY ACCUSED DONALD TRUMP
64, DEMOCRATS NOMINATED JOE BIDEN.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA
215 DEAN A MCGEE AVE #147
405-609-5700

Copyright all right's reserved

**GLEN A. PONTIOUS**
**3304 N. IDYLWILD Dr.**
**Midwest city, ok. 73110**
**(405)243-6650**
  Plaintiff,

vs.

(1) **U.S. Federal Election Commision:**
  Co/ James E Trainor III
  1050 FIRST Sreet, NE
  Washington D.C. 20463
  **Defendant**

(2) **U.S. Department of Justice:**
  Co/ Willam Barr
  950 Pennsylvania Ave, NW
  Washington D.C. 20530
  **Defendant**

(3)The United States House of Repersentitives:
  Nancy Pelosi, Adam Schiff, Jerry Nadler
  Maxine Waters.
  **Defendant**

Tuesday, January 26, 2021

## I Glen Pontious Contest / Dispute the 2020 Election

### FACTS OF THE CASE

Fact 1.  Donald J Trump was Impeached on charges of **Abuse of Power, and Obstruction of congress**
     The House Managers accused Donald Trump of **"Abuse of power's"** over a call to Ukraine that
     was ment to be a Quid Pro Quo to Promote his own personal intererst
     This was why the House of Repersentitives Impeached President Donald J Trump
     an **Attempted Coup to over throw a U.S. PRESIDENT**

Fact 2.  **Donald J Trump Was Acquitted of all Charges of High Crimes And Misdemeanor's**

Fact 3.  **No one was ever Prosecutted for False, Fictitious, or Fraudulent Claims**
     UNDER 18 s U.S. 287 False, Fictitious, or Fraudlent Claims
     Who ever makes or Presents to any person or office in the Civil, Military, or Naval services of the
     United States, or to Any Department or agency thereof, Knowing such Claims to be
     False, Fictitious, or Fraudlent SHALL BE IMPRISONED NOT MORE THE 5 YEARS
     AND BE SUBJECT TO THE FINE IN THE AMOUNT PROVIDED IN THIS TITLE
     (JUNE 25, 1948, CH. 645, 62 STAT. 698 PUB. L. 99-562 s 7, Oct 27th 1986, 100 stat, 3196
     THE DEPARTMENT OF JUSTICE, NEVER SOUGHT JUSTICE OR HOLD ANYONE
     ACCOUNTABLE OVER THIS CRIME, WHICH WAS TREASON. over the Failed Coup d' etat
     By the Democratic House of Repersentivies

Page 1 of 2

Fact 4. IN 2014 OBAMA DENIED UKRAINE MILITARY AID

Fact 5. IN 2014 AT THE COUNCIL ON FOREIGN RELEATIONS MEETING, UNITED STATES VICE
PRESIDENT "Joe Biden" DID BRIBE/ BlackMail THE PRESIDENT OF UKRAINE
Boasting on staqe in front of camera's he told his story on how he blackmailed Ukraine to Fire
A Prosecutor or they (Ukraine) would not get military (billion dollar aid) package

Fact 6. Nancy Pelosi, Adam Schiff, Jerry Nadler. Maxine Waters
All were part of the impeachment of U.S. President Donald J Trump
They Are the RESPONSIBLE parties for bringing forth the Impeachment

Fact 7. Nancy Pelosi, Adam Schiff, Jerry Nadler, Maxine Waters, William Bar all,
listened to sworn witnesses, Testimony, and Video of Joe Biden's
Quid, Pro Quo Bribry to the President of Ukraine
during the impeachment of President Donald J Trump.

    NOT ONE OF THESE PEOPLE THOUGHT JOE BIDEN SHOULD BE REMOVED

Fact 8. The Department of Justice Ignored the "FACT" that the Actions that were taking place
were TREASONIOUS, AND MADE NO ACTIONS TO PROTECT A SITTING PRESIDENT
OR EVEN SOUGHT TRUE JUSTICE OVER THE COUP ATTEMPT OF
President Donald J Trump   Dereliction of duty

Fact 9. These Same People Who Impeached Donald Trump
Nancy Pelosi, Adam Schiff, Jerry Nadler, Maxine Waters DID NOMINATED,
JOE BIDEN WHO DID COMMIT BRIBRY
AND BLACKMAIL HIGH CRIMES AND MISDEMEANORS QUID,PRO QUO

Fact 10. The House Managers All Nominated Joe Biden,   Proving that the charges the House Cared about
Impeaching Donald J Trump over Were Fraudulent
no Action Against the House Managers For a Fraudulent Complaint
Dereliction of Duty By DOJ

Fact 11. Democratic Leaders have Called for violence on me becacse I voted For Trump
Maxine Waters called for Violence against Republicans
Dereliction of Duty by DOJ she's not under arrest after public threats

Fact 12. An Insurriction has Take place over Democrats Promotion of hate and call for violence against me
For  me voting for President Donald J Trump.

Fact 13. GIVING AID TO CRIME These Same People Who Impeached Donald Trump
Nancy Pelosi, Adam Schiff, Jerry Nadler, Maxine Waters,  DID NOMINATED,
JOE BIDEN WHO DID COMMIT BRIBRY
AND BLACKMAIL HIGH CRIMES AND MISDEMEANORS QUID,PRO QUO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA
215 DEAN A MCGEE AVE #147
405-609-5700
Copyright all right's reserved

**GLEN A. PONTIOUS**
3304 N. IDYLWILD Dr.
Midwest city, ok. 73110
(405)243-6650
  **Plaintiff,**

vs.

(1) **U.S. Federal Election Commision.**
   **Co/James E Trainor III**
   1050 First Street, NE
   Washington DC 20463
   **Defendant.**

(2) **United States Department of Justice**
   **Co/ Willam Barr**
   950 Pennsylavnia Ave. NW
   Washington DC 20530
   **Defendant.**

(3)**THE UNITED STATES House of Repersentitives**
   **Nancy Pelosi, Adam Schiff, Jerry Nadler**
   **Maxine Waters**
   **Defendant**.

Saturday, February 06, 2021

**DEMAND RESTITUTION FOR DAMAGES**
- I Glen Pontious, DEMAND THE FEDERAL COURT NULLIFY AND VOID THE 2020 PRESIDENTIAL ELECTION And Remove the Biden Administration from office which does include Kamala Harris
- Prosecute the Traitor's who Made Fraudulent Claims Against U.S. President Donald J Trump
Nancy Pelosi, Jerry Nadler Adam Schiff and Maxine Waters all performed a coup d' etat attemp against President Donald J Trump
as they themselves Demand, NO ONE IS ABOVE THE LAW
as such,
 Again, The department of Justice Turns a Blind Eye to the Crimes Democrats commit,
   1).Nancy Pelosi Destroying the OFFICIAL U.S.PRESIDENTIAL ADDRESS,
      TEARING THE HISTORIC DOCUMENT IN HALF
      THAT HAD BEEN DELIVERD TO NANCY PELOSI SPEAKER OF THE HOUSE FOR SAFE KEEPING,
      WHICH IS HER RESPONSIBILITY.
   UNDER
      18 U.S.C s 2071 (b)- specifically directed at custodians of public records
      Any Custodians of Public record who "WILLFULLY AND UNLAWFULLY CONCEALS, REMOVES, MUTILATES, OBLITRATES, FALSIFIES, OR DESTORYS (ANY RECORD) SHALL BE FINED NOT MORE THAN$2,000.00OR IMPRESDONED NOT MORE THAN THREE YEARS, OR BOTH
      AND SHALL FORFEIT HIS OFFICEAND BE DISQUALIFIED FROM HOLDING "ANY" OFFICE UNDER THE UNITED STATES."
      While the range of ACTS proscribed by this somewhat Narrower thsn subsectioon (a),
      It does provide the additional penalty FORFEIT OF POSITION WITH THE UNITED STATES .
      NANCY PELOSI WAS / IS THE OFFICIAL CUSTODIAN WHO WAS NEVER PROSECUTED BY THE DOJ
      AND **THE U.S. ELECTION COMMISION AGAIN ALLOWED SOMEONE NOT ELIGIBLE TO RUN FOR OFFICE DERELICTION OF DUTY and continue to destory America for destruction of the OFFICIAL PRESIDENTIAL ADDRESS**

PAGE 1. OF 2

- I DEMAND the Removal from Office The American Traitor's, Nancy Pelosi, Adam Schiff, Jerry Naddlar and Maxine Walter's
  FOR INCITING INSURRECTION AND VIOLENCE AGAINST AMERICAN REPUBLICANS.

- I DEMAND Democrat's Pay Back the $48+ Million dollar Sham Impeachment Of President Donald J Trump
  Joe Biden Did Blackmail / Bribe a Foreign Country for his own benefit Trump found out so you impeached him
  an 48 years in gov comes in handy no democrats prosecuted for crimes exposed
  Deep state corruption protect us all, vote Joe Biden , Trump found out everyone gravy train is over.
  Democrats and National ,Local TV Committed a crime
  CALLED ALIENATION OF AFFECTION ON DONALD J TRUMP
  Democrats Found a Friend in the Fake News Media / Mainstream Media

- Why is the Department of Justice and the FBI Helping to harm America and it's president...I demand
  Investigation and if nessary dismantel the **FBI for being Traitor's to America**
  You Might say it's not all of them
  okay, show me where any if them said , stop, investigate the FBI  DOJ  FEC
  not one did, but evidence showed Biden Guilty, Trump Innocent
  Trump Losses to a criminal according to the Democratic Standards they set for the Trump Impeachment

- What does Burisma hold For All, Seems to be the center of the issue
  FBI, DOJ, FEC, US HOUSE OF REPERSENTITIVES AND
  I DEMAND AN INVESTIGATION INTO AMERICAN CORRUPTION

- DEMAND FOR THE TREATMENT OF THE ACCUSED INSURRECTIONIST
  Have Mercy Upon them, No matter what, the tension was built up by the constant
  Alienation of Affection by democrat's Like Nancy Pelsoi Vandalizing and tearing in half
  Donald Trumps Presidential Address to the United States which was a Crime she got away with
  and the Bias New's Media who pushed the Alienation of Affection of Donald Tump

- Pain and Suffering
  Thursday, February 04, 2021
  The American People are sick, And Democrats are at war with us republicans
  its a sad day in my life the U.S. is divided becauce of the democrats
  Alienation of Affection for President Donald J Trump
  I live in fear of the FBI,
  I know for myself, the cut throat type of people FBI are
  and they will Manufacture a Criminal story about me or You
  I watched the IMPEACHMENT of Trump
  everyone should be in fear for their lives

- ALSO, PLUS, I Demand $48 Million Dollars, from Democrats, the FBI, DOJ, FEC
  YOU SEEM TO HAVE THAT KIND OF MONEY JUST LAYING AROUND
  ready to throw it at what you hate

- I DEMAND A NON BIAS JURY TO HEAR MY COMPLAINT I ASK FOR JUSTICE

The Pending Demands In this Petition to remove the Current U.S. Presidential administration VIA NULLIFICATION and VOIDING THE 2020 U.S. Presidential Election and Criminaly Prosecute those who brought the Fraudlent charges against President Donald Trump

In which the Leader Of the Supream Court would become the current leader of America
until an election could be held.

PAGE 2. OF 2.