# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **GLEN A. PONTIOUS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-21-88-G |
| | ) |
| **U.S. DEPARTMENT OF JUSTICE,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the Order issued this same date, this matter is DISMISSED without prejudice.

ENTERED this 30th day of March, 2022.

_____
CHARLES B. GOODWIN
United States District Judge